1  Dieter C. Dammeier SBN. 188759
   Michael A. McGill SBN. 231613
2  Michael A. Morguess SBN. 192838
   **LACKIE & DAMMEIER LLP**
3  367 North Second Avenue
   Upland, CA 91786
4  Telephone: (909) 985-4003
   Facsimile: (909) 985-3299
5
   Attorneys for Plaintiffs
6  MICHAEL NEVEU

7

8                UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | MICHAEL NEVEU,                          ) Case No.: CIV-F-04-6490-OWW-LJO
                                            )
12 |          Plaintiff,                     )
                                            ) **STIPULATION OF PARTIES TO**
13 |     v.                                  ) **ALLOW PLAINTIFF TO FILE**
                                            ) **SECOND AMENDED PETITION;**
14 | CITY OF FRESNO, a municipality;         ) **[PROPOSED] ORDER**
   | JERRY DYER, individually; DARREL        )
   | FIFIELD, individually; MARTY            )
15 | WEST, individually                      ) **FRCP 12(b)(6) Hearing Date:**
   | ; Individually; ROGER ENMARK            ) **February 14, 2005**
16 | individually; and DOES 1 through 10,    )
                                            ) **Time: 10:00 a.m.**
17 |          Defendants.                    )
                                            ) **Courtroom.: 2**
18                                           )
                                            )
19                                           )
                                            )
20                                           )
                                            )
21 |_____)

22         The parties, by their attorneys of record in the above-captioned matter, have

23 stipulated as follows:

24

25         1.        On January 18, 2005, Defendants filed a Motion to Dismiss

26 to the First Amended Complaint of Plaintiff.  The hearing

27 for said motion is February 14, 2005.  The Parties agree that

28

                              **STIPULATION**

                                   1

the Motion to Dismiss as to Defendants Fremen Hunter,

Michael Guthrie, Keith Foster, Greg Garner, Dennis

Montejano, and John Fries is granted without prejudice.

2.      The Parties further agree to allow Plaintiff to file a Second

Amended Complaint within 20 days of counsel for Plaintiff

receiving notice of this order signed by the presiding judge.

3.      The hearing set for February 14, 2005 will be vacated.

It is so stipulated.

Dated: January 26, 2005

Respectfully submitted,
LACKIE & DAMMEIER LLP

_MICHAEL McGILL_
MICHAEL A. McGILL,
Attorneys for Plaintiff
MICHAEL NEVEU

BETTS & WRIGHT, APC

Dated: January 1?, 2005

Joseph D. Rubin,
Attorneys for Defendants
CITY OF FRESNO, ET AL.

//
//

STIPULATION

2

1    Upon stipulation of the parties, the aforementioned requests are granted.

2          IT IS SO ORDERED:

3

4

Dated:_____ ____, 2005,

5

6                                                        _____
                                                         Honorable Oliver W. Wanger

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28