1  **BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
2  P.O. Box 28550
Fresno, California 93729-8550
3  Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
4
James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6
**CITY OF FRESNO**
7  Francine M. Kanne, Assistant City Attorney (State Bar #139028)
2600 Fresno Street
8  Fresno, California 93721-3602
Telephone: (559) 498-1326
9  Facsimile: (559) 488-1084

10
Attorneys for Defendants CITY OF FRESNO, JERRY DYER, MICHAEL GUTHRIE,
11  GREG GARNER, DARREL FIFIELD, MARY WEST, and ROGER ENMARK

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16  MICHAEL NEVEU,                        )  Case No. CIV-F-04-6490 OWW/JLD
                                          )
17          Plaintiff,                    )
                                          )
        v.                                )  NOTICE OF MOTION AND MOTION
18                                        )  TO DISMISS SECOND AMENDED
                                          )  COMPLAINT; FOR MORE
19  CITY OF FRESNO, a municipality; JERRY )  DEFINITE STATEMENT; AND TO
    DYER, individually; MICHAEL GUTHRIE,  )  STRIKE PORTIONS OF THE SECOND
20  individually; GREG GARNER, individually; )  AMENDED COMPLAINT
    DARREL FIFIELD, individually; MARTY   )
21  WEST, individually; ROGER ENMARK,     )
    individually; and DOES 1 through 10,  )  [F.R.C.P. Rules 12(b)(1), (2), (6),
22                                        )  12(e), 12(f) and 12(g)]
            Defendants.                   )
23  _____ )  DATE:      May 2, 2005
                                             TIME:      10:00 a.m.
24                                           CTRM:      2

25  TO PLAINTIFF AND TO HIS ATTORNEY OF RECORD HEREIN:

26          PLEASE TAKE NOTICE that on May 2, 2005, at 10:00 a.m., in Courtroom 2 of

27  the above-entitled Court located at 1130 O Street, Fresno, California, Defendants City

28  of Fresno, Jerry Dyer, Michael Guthrie, Greg Garner, Darrel Fifield, Marty West, and

1   Roger Enmark will move to dismiss Plaintiff's Second Amended Complaint, to move for

2   a more definite statement and/or to strike portions of the Second Amended Complaint.

3   This Motion is made pursuant to Federal Rules of Civil Procedure, Rules 12(b)(1), (2),

4   (6), 12(e), 12(f) and 12(g).

5       Defendants, <u>jointly and severally</u>, hereby move to dismiss Plaintiff's Second

6   Amended Complaint and every cause of action contained therein on the following

7   grounds:

8                     **FIRST CAUSE OF ACTION**

9                 (Violation of 42 U.S.C. Section 1983)

10      As to Plaintiff's Section 1983 claim, (1) the claim is subject to dismissal based

11  upon the expiration of the statute of limitations; (2) Plaintiff's individual capacity claims

12  against the Individual Defendants do not establish the requisite elements of a Section

13  1983 claim; and (3) Plaintiff's allegations against the City of Fresno do not establish the

14  requisite elements of a Section 1983 claim and are deficient as liability against a

15  municipality can only be achieved under very limited circumstances, which are not

16  present here.

17

18                  **SECOND CAUSE OF ACTION**

19          (Violation of California Labor Code Section 1102.5)

20      As to this state whistleblower claim, (1)  this Court does not have jurisdiction; (2)

21  the claims are barred on statute of limitations grounds; and (3) Plaintiff cannot establish

22  the requisite elements.

23

24                  **THIRD CAUSE OF ACTION**

25        (Violation of California Government Code Section 53298)

26      As to this state whistleblower claim, (1)  this Court does not have jurisdiction; (2)

27  the claims are barred on statute of limitations grounds; and (3) Plaintiff cannot establish

28  the requisite elements.

           Notice Mtn and Mtn Dismiss Complaint

1    In the alternative, Defendants, <u>jointly and severally</u>,  request that this Court order

2  Plaintiff to provide a more definite statement of his claims as against the Defendants.

3  In addition, Defendants request that the Court strike the following language from the

4  Second Amended Complaint:

5

6    A.    <u>Paragraphs 16-28</u> (should be stricken as irrelevant to stated claims and
          as being inflammatory).
7
8    B.    <u>Paragraph 41, L. 20-21</u> (should be stricken as a sham pleading).

9    C.    <u>Paragraph 44</u> (should be stricken on statute of limitations grounds).

10   D.    <u>All alleged adverse employment actions taken prior to November 1, 2002</u>
          (should be stricken on statute of limitations grounds).
11
     E.    <u>All allegations of punitive damages</u> (insufficient allegations).
12
13   This Motion will be based on this Notice, the Memorandum of Points and

14  Authorities in Support thereof, upon all pleadings and papers on file herein, upon such

15  matters as this Court may elect to consider by way of judicial notice, and upon such

16  other oral and documentary evidence as may be presented at the time of the hearing.

17
     Dated: March 25, 2005                    Respectfully submitted,
18
                                              BETTS & WRIGHT
19

20
                                              By _____/s/_____
21                                               Joseph D. Rubin
                                              Attorneys for Defendants
22                                            CITY OF FRESNO, JERRY DYER, MICHAEL
                                              GUTHRIE, GREG GARNER, DARREL
23                                            FIFIELD, MARTY WEST, and ROGER
                                              ENMARK
24

25

26

27

28

Notice Mtn and Mtn Dismiss Complaint

<u>PROOF OF SERVICE</u>

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter. My business address is P. O. Box 28550 [7108 N. Fresno Street, Suite 460], Fresno, California. On March 25, 2005, I served NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT; FOR MORE DEFINITE STATEMENT; AND TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

\_\_\_\_\_     **(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

\_\_\_\_\_     **(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California.

_X__  **(By Mail)** I placed the envelope for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

\_\_\_\_\_     **(By Hand)** I caused each envelope to be delivered by hand.

Each envelope was addressed as follows:

Dieter C. Dammeier, Esq.
Michael A. McGill, Esq.
Michael A. Morguess, Esq.
LACKIE & DAMMEIER LLP
367 North Second Avenue
Upland, CA 91786

\_\_\_     **(By Telecopy)** I caused each document to be sent by telecopier to the aforementioned number(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 25, 2005, at Fresno, California.

_____/s/_____
Laurie K. Freer