Michael A. McGill  SBN 231613
mcgill@policeattorney.com
**LACKIE & DAMMEIER APC**
367 North Second Avenue
Upland, CA  91786
Telephone: (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Plaintiffs
MICHAEL NEVEU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MICHAEL NEVEU,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, a municipality; JERRY DYER, individually; MICHAEL GUTHRIE, individually; GREG GARNER, individually; DARREL FIFIELD, individually; MARTY WEST, individually; ROGER ENMARK, individually; and DOES 1 THROUGH 10,<br><br>             Defendants. | Case No.:  CIV-F-04-6490-OWW-LJO<br><br>**STIPULATION AND ORDER CONTINUING DATES** |

TO THIS HONORABLE COURT:

On May 7, 2006, this Court entered a scheduling conference order setting the following dates:

| | |
|---|---|
| Discovery Cut-Off: | 3/15/07 |
| Non-Dispositive Motion Filing Deadline: | 3/30/07 |
| Dispositive Motion Filing Deadline: | 4/16/07 |
| Pre-Trial Conference Date: | 7/02/07 |
| Trial Date: | 8/21/07 |

The parties currently have depositions set for Plaintiff, as well as several Defendants.  However, Counsel for Plaintiff just experienced a death in the family

**STIPULATION AND [PROPOSED] ORDER**

1

PDF created with pdfFactory trial version www.pdffactory.com

1  that will require him to travel back east for funeral services.  Therefore, at least two
2  of the scheduled depositions will have to be changed to different dates.
3      Therefore, the parties respectfully request that this Court continue all of the
4  existing aforementioned dates approximately 3 weeks to allow for the completion
5  of discovery.  There have been no other requests for continuances.

                                         Respectfully submitted,

Date: March ___, 2007        **LACKIE & DAMMEIER APC**

_____
Michael A. McGill
Attorneys for Plaintiff
MICHAEL NEVEU

Date: March ___, 2007        **BETTS & WRIGHT**

_____
Joseph D. Rubin
Attorneys for Defendants
CITY OF FRESNO, ET AL.

---

## ORDER

    GOOD CAUSE appearing, the Court orders that the new dates for this case are as follows:

| | |
|---|---|
| Discovery Cut-Off: | 4/05/07 |
| Non-Dispositive Motion Filing Deadline: | 4/20/07 |
| Non-Dispositive Motion Filing Deadline: | 5/11/07 |
| Dispositive Motion Filing Deadline: | 5/07/07 |
| Dispositive Motion Hearing Date: | 6/04/07 |
| Pre-Trial Conference Date: | 7/23/07 at 11:00 a.m. |
| Trial Date: | 9/11/07 at 9:00 a.m. |

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.
2  Dated: March 8, 2007                    /s/ Oliver W. Wanger
                                           Honorable Oliver W. Wanger
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER**

3

PDF created with pdfFactory trial version www.pdffactory.com