1  Michael A. McGill  SBN 231613
   mcgill@policeattorney.com
2  **LACKIE & DAMMEIER APC**
   367 North Second Avenue
3  Upland, CA  91786
   Telephone: (909) 985-4003
4  Facsimile:  (909) 985-3299

5  Attorneys for Plaintiffs
   MICHAEL NEVEU

6

7                    UNITED STATES DISTRICT COURT

8        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

10  MICHAEL NEVEU,                      )  Case No.:  CIV-F-04-6490-OWW-LJO
                                        )
11              Plaintiff,              )
                                        )  **STIPULATION AND ORDER**
12        v.                            )  **CONTINUING DISPOSITIVE**
                                        )  **MOTION DATES**
13  CITY OF FRESNO, a municipality;     )
    JERRY DYER, individually;           )
14  MICHAEL GUTHRIE, individually;      )
    GREG GARNER, individually;          )
15  DARREL FIFIELD, individually;       )
    MARTY WEST, individually; ROGER     )
16  ENMARK, individually; and DOES 1    )
    THROUGH 10,                         )
17                                      )
                Defendants.             )
18  _____)

19

20  TO THIS HONORABLE COURT:

21        The last day for parties to file and serve dispositive motions is currently May

22  7, 2007.  The dispositive motion hearing date for any such motion is set for June 4,

23  2007.  Therefore, any opposition to any such motion would have to be personally

24  served and filed on or before May 21, 2007.  Counsel for Plaintiff currently is

25  scheduled to be out of the state the entire week of May 13, 2007 through May 19,

26  2007 and will not be able to adequately prepare any opposition.

27        For this reason, the parties desire to extend the dispositive motion filing date

28  and the hearing date two weeks.  Therefore, the parties request that the Court adopt
    the following dates:

                      **STIPULATION AND [PROPOSED] ORDER**

                                    1

PDF created with pdfFactory trial version www.pdffactory.com

1    Last Day to file and personally serve dispositive motions:   5/21/07

2    Dispositive motion hearing date:                             6/18/07

3    All other dates remain unchanged.

4                                    Respectfully submitted,

5    Date: April ___, 2007           **LACKIE & DAMMEIER APC**

6

7                                    _____

8                                    Michael A. McGill
                                     Attorneys for Plaintiff
9                                    MICHAEL NEVEU

10

11   Date: April ___, 2007           **BETTS & WRIGHT**

12

13                                   _____

14                                   Joseph D. Rubin
                                     Attorneys for Defendants
15                                   CITY OF FRESNO, ET AL.

16   ------------------------------------------------------------------------------------------------

17                                   ORDER

18       GOOD CAUSE appearing, the Court orders that the new dates for this case

19   are as follows:

20       Last Day to file and personally serve dispositive motions:   5/21/07

21       Dispositive motion hearing date:                             6/18/07

22       All other previously entered dates remain unchanged.

23

24   IT IS SO ORDERED.

25   Dated: April 27, 2007                    /s/ Oliver W. Wanger

26                                            Honorable Oliver W. Wanger

27

28

                          **STIPULATION AND [PROPOSED] ORDER**

                                        **2**

PDF created with pdfFactory trial version www.pdffactory.com