1 | **BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
2 | P.O. Box 28550
Fresno, California 93729-8550
3 | Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
4 |
James B. Betts (State Bar #110222)
5 | Joseph D. Rubin (State Bar #149920)

6 | **CITY OF FRESNO**
Francine M. Kanne, Assistant City Attorney (State Bar #139028)
7 | 2600 Fresno Street
Fresno, California 93721-3602
8 | Telephone: (559) 498-1326
Facsimile: (559) 488-1084
9 |
Attorneys for Defendants CITY OF FRESNO, FRESNO POLICE DEPARTMENT,
10 | JERRY DYER, DARREL FIFIELD, MARTY WEST, DENNIS MONTEJANO, JOHN
FRIES, ROGER ENMARK, GREG GARNER, FREEMAN HUNTER, MICHAEL
11 | GUTHRIE, and KEITH FOSTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEVEU, | Case No. CIV-F-04-6490 OWW/JLD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO DISMISS DARREL FIFIELD |
| CITY OF FRESNO, a municipality; FRESNO POLICE DEPARTMENT, a department thereof; JERRY DYER, individually and as Assistant Chief and Chief of Police for the Fresno Police Department; DARREL FIFIELD, individually and as Deputy Chief for the Fresno Police Department; MARTY WEST, individually and as a Captain for the Fresno Police Department; DENNIS MONTEJANO, individually and as a Sergeant for the Fresno Police Department; JOHN FRIES, individually and as a Lieutenant for the Fresno Police Department; ROGER ENMARK, individually and as a Captain and Deputy Chief for the Fresno Police Department; GREG GARNER, individually and as Lieutenant and Captain for the Fresno Police Department; FREEMAN HUNTER, | |

| | |
|---|---|
| 1 | individually and as a Sergeant for the Fresno Police Department; MICHAEL |
| 2 | GUTHRIE, individually and as a Lieutenant for the Fresno Police Department; KEITH |
| 3 | FOSTER, individually and as a Lieutenant for the Fresno Police Department; and |
| 4 | DOES 1 through 10, |
| 5 | Defendants. |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Michael Neveu and Defendant Darrel Fifield, through their counsel of record, that:

Plaintiff dismisses Defendant Darrel Fifield from this action, without prejudice.

Dated: May 8, 2007                             BETTS & WRIGHT

By _____
       Joseph D. Rubin
Attorneys for Defendants
CITY OF FRESNO, FRESNO POLICE DEPARTMENT, JERRY DYER, DARREL FIFIELD, MARTY WEST, DENNIS MONTEJANO, JOHN FRIES, ROGER ENMARK, GREG GARNER, FREEMAN HUNTER, MICHAEL GUTHRIE, and KEITH FOSTER

Dated: May 8, 2007                             LACKIE & DAMMEIER LLP

By _____
       Michael A. McGIll
Attorneys for Plaintiff
MICHAEL NEVEU

**ORDER**

IT IS SO ORDERED.

**Dated:   May 8, 2007**                        /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE