

FILED
MAY 2 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

1  Michael A. McGill  SBN 231613
   mcgill@policeattorney.com
2  **LACKIE & DAMMEIER APC**
   367 North Second Avenue
3  Upland, CA 91786
   Telephone: (909) 985-4003
4  Facsimile: (909) 985-3299

5  Attorneys for Plaintiffs
   MICHAEL NEVEU

6

7           UNITED STATES DISTRICT COURT

8        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

10 | MICHAEL NEVEU,                  ) Case No.: CIV-F-04-6490-OWW-LJO
11 |         Plaintiff,              )
12 |    v.                           ) **STIPULATION AND [PROPOSED]**
   |                                 ) **ORDER CONTINUING**
13 | CITY OF FRESNO, a municipality; ) **DISPOSITIVE MOTION DATES**
   | JERRY DYER, individually;       )
14 | MICHAEL GUTHRIE, individually;  )
   | GREG GARNER, individually;      )
15 | DARREL FIFIELD, individually;   )
   | MARTY WEST, individually; ROGER )
16 | ENMARK, individually; and DOES 1)
   | THROUGH 10,                     )
17 |                                 )
   |         Defendants.             )
18 |_____)

19

20      TO THIS HONORABLE COURT:

21      The last day for parties to file and serve dispositive motions is currently May
        7, 2007. The dispositive motion hearing date for any such motion is set for June 4,
22      2007. Therefore, any opposition to any such motion would have to be personally
23      served and filed on or before May 21, 2007. Counsel for Plaintiff currently is
24      scheduled to be out of the state the entire week of May 13, 2007 through May 19,
25      2007 and will not be able to adequately prepare any opposition.
26      For this reason, the parties desire to extend the dispositive motion filing date
27      and the hearing date <u>two weeks</u>. Therefore, the parties request that the Court adopt
28      the following dates:

---

STIPULATION AND [PROPOSED] ORDER

1

APR-19-2007 16:25 BETTS WRIGHT 559 438 6959 P.02/02
Case 1:04-cv-06490-OWW-GSA Document 113 Filed 05/22/07 Page 2 of 2
Case 1:04-cv-06490-OWW-NEW Document 62 Filed 04/19/2007 Page 2 of 3

Last Day to file and personally serve dispositive motions: 5/21/07
Dispositive motion hearing date: 6/18/07
All other dates remain unchanged.

Respectfully submitted,

Date: April 14, 2007  LACKIE & DAMMEIER APC

_____
Michael A. McGill
Attorneys for Plaintiff
MICHAEL NEVEU

Date: April 19, 2007  BETTS & WRIGHT

_____
Joseph D. Rubin
Attorneys for Defendants
CITY OF FRESNO, ET AL.

---

[PROPOSED] ORDER

GOOD CAUSE appearing, the Court orders that the new dates for this case are as follows:

Last Day to file and personally serve dispositive motions: 5/21/07
Dispositive motion hearing date: 6/18/07
All other previously entered dates remain unchanged.

IT IS SO ORDERED.

Dated: April 25, 2007

_____
Honorable Oliver W. Wanger

STIPULATION AND [PROPOSED] ORDER

2