UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEVEU,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO ET.AL.,<br><br>        Defendant | 1:04-cv-6490 OWW NEW<br><br>ORDER SETTING EX PARTE<br>APPLICATION FOR HEARING |

An Ex Parte application by Plaintiff's counsel to withdraw as attorneys of record has been filed. By reason of the proximity of the trial date, IT IS ORDERED that a hearing on this ex parte motion is set for Monday, August 20, 2007 at 11:00AM in courtroom 3 before Judge Wanger.

FURTHER ORDERED that plaintiff MICHAEL NEVEU be personally present.

IT IS SO ORDERED.

**Dated:   August 17, 2007**          /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE