1
2
3
4
5
6
7
8
                **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
9
10
11  **MICHAEL NEVEU,**                    )
                                          )
12                                        )
                    **Plaintiff,**         )         **1:04-cv-6490 OWW LJO**
13                                        )
                                          )
14      **v.**                              )
                                          )
    **CITY OF FRESNO, et al.,**            )         **ORDER SETTING FURTHER**
15                                        )         **CASE SCHEDULE**
                                          )
16                  **Defendant**          )
    _____)
17

18      **Pursuant to the submission of the parties, the following**

19  **schedule is set for this action:**

20      **The pre-trial conference shall be held on October 22, 2007,**

21  **at 11:00 AM in Courtroom Three before Judge Wanger.  A joint**

22  **pre-trial statement shall be filed in accordance with the local**

23  **rules.  Motions in limine shall be filed by October 26, 2007.**

24  **Responses to motions in limine shall be filed by November 2, 2007.**

25  **The hearing on the motions in limine will be held on**

26  **November 9, 2007, at 12:00 p.m. in Courtroom Three before Judge**

27  **Wanger.  The jury trial shall begin at November 27, 2007 at**

28                              1

1   **9:00 a.m. in Courtroom Three before Judge Wanger.**

2

3                                                      IT IS SO ORDERED.

4
    **Dated:      September 15, 2007                   /s/ Oliver W. Wanger**
5                                              UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2