1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, California 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  **CITY OF FRESNO**
   Francine M. Kanne, Assistant City Attorney (State Bar #139028)
7  2600 Fresno Street
   Fresno, California 93721-3602
8  Telephone: (559) 498-1326
   Facsimile: (559) 488-1084
9
   Attorneys for Defendants CITY OF FRESNO, MICHAEL GUTHRIE, MARTY WEST,
10 and ROGER ENMARK

11
                       UNITED STATES DISTRICT COURT
12
                       EASTERN DISTRICT OF CALIFORNIA
13

14 | MICHAEL NEVEU, | Case No. CIV-F-04-6490 OWW/JLD |
15 | Plaintiff, | |
16 | v. | |
17 | CITY OF FRESNO, a municipality; JERRY DYER, individually; MICHAEL GUTHRIE, | STIPULATION AND ORDER RE TRIAL AND PRETRIAL DATES |
18 | individually; GREG GARNER, individually; DARREL FIFIELD, individually; MARTY | |
19 | WEST, individually; ROGER ENMARK, individually; and DOES 1 through 10, | |
20 | | |
21 | Defendants. | |

22        IT IS HEREBY STIPULATED AND AGREED, by and between the parties,

23 through their respective counsel of record, as follows:

24        1.    On September 10, 2007, Plaintiff obtained new counsel for representation

25 in the captioned matter.

26        2.    As a result of new counsel, the Court continued the September 11, 2007

27 trial and instructed counsel to provide the Court with a stipulation regarding a new trial

28 date and pretrial dates.

1     3.     The parties have met and conferred and are in agreement with the
2 following trial and pretrial dates:

| | | |
|---|---|---|
| Trial | November 27, 2007 | 9:00 AM |
| Pretrial Conference | October 22, 2007 | 11:00 AM |
| Hearing on motions in limine | November 9, 2007 | 12:00 PM |
| Last date to file motions in limine | October 26, 2007 | |
| Last date to file opposition to motions in limine | November 2, 2007 | |

Dated: October 9, 2007      BETTS & WRIGHT


By /s/ Joseph D. Rubin
    Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO, MICHAEL GUTHRIE, MARTY WEST, and ROGER ENMARK

Dated: October 9, 2007      BARSOTTI & BAKER


By /s/ K. Poncho Baker
    K. Poncho Baker
Attorneys for Plaintiff
MICHAEL NEVEU

**ORDER**

IT IS SO ORDERED.

**Dated:  October 9, 2007**      /s/ Oliver W. Wanger
    UNITED STATES DISTRICT JUDGE