**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL NEVEU,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO, a municipality;<br>FRESNO POLICE DEPARTMENT, a<br>department thereof, ROGER ENMARK<br>and MICHAEL GUTHRIE,<br><br>        Defendants. | 1:04-cv-6490 OWW WMW<br><br>FINAL JUDGMENT ON VERDICTS<br>OF TRIAL JURY AND JUDGMENT<br>IN FAVOR OF REMAINING<br>DEFENDANTS |

    This action came before the Court after trial by jury.  The issues were tried and the jury has rendered its verdicts in words incorporated in the verdicts of trial jury, attached as Exhibit A and by this reference incorporated.

    IT IS ORDERED that JUDGMENT is entered on the jury's verdicts returned in open court December 14, 2007, in favor of Defendants, Roger Enmark and Michael Guthrie, and against Plaintiff, Michael Neveu.

    FURTHER ORDERED that in accordance with the Court's prior order granting summary judgment in favor of Jerry Dyer and Greg Garner and Plaintiff's dismissal in open court of his complaint

1  against Defendant, Marty West, upon a stipulation of probable
2  cause and in return for a waiver of costs, attorneys' fees and
3  expenses, as to defendant West, and in further consideration of
4  his dismissal of his First Claim for violation of civil rights
5  as to the Mata speech, judgment shall be entered in favor of
6  Defendants, Jerry Dyer, Greg Garner, and Marty West, and against
7  Plaintiff, Michael Neveu.
8      FURTHER ORDERED, in that no individual Defendant officer or
9  employee of the City of Fresno has been found liable for any
10 claim asserted by Plaintiff, the City of Fresno cannot be liable,
11 JUDGMENT IS ENTERED in favor of the City of Fresno and against
12 Defendant, Michael Neveu.
13     Each party has agreed to assume his or its attorneys fees,
14 costs, and expenses.

17 IT IS SO ORDERED.
18 Dated:   December 14, 2007                /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE