1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, CA 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  **CITY OF FRESNO**
   Francine M. Kanne, Assistant City Attorney (State Bar #139028)
7  2600 Fresno Street
   Fresno, California 93721-3602
8  Telephone: (559) 498-1326
   Facsimile: (559) 488-1084
9
   Attorneys for Defendants MICHAEL GUTHRIE and ROGER ENMARK
10

11
                       UNITED STATES DISTRICT COURT
12
                       EASTERN DISTRICT OF CALIFORNIA
13

14 | MICHAEL NEVEU,                    ) Case No. CIV-F-04-6490 OWW/JLD
                                       )
15 |         Plaintiff,                ) ORDER
                                       )
16 |    v.                             )
      MICHAEL GUTHRIE, individually; and )
17 | ROGER ENMARK, individually,       ) Trial: November 27, 2007
                                       )
18 |         Defendants.               )
     _____ )
19

20     This Order is to confirm the terms of a stipulated order that was placed on the

21 record before the Court on December 12, 2007, by counsel with the approval of their

22 respective clients who were present.

23     Based on the stipulation of the parties, the Court ORDERS, as follows:

24     1.    Defendants waive any recoverable costs within the meaning of 28 U.S.C.

25 § 1923 and any recoverable attorney's fees under 42 U.S.C. § 1988 if they are the

26 prevailing parties;

27

28

    2.    Plaintiff dismisses his claim for violation of the First Amendment based upon his memos and speech relating to Officer Mata with prejudice;

    3.    Plaintiff dismisses his punitive damage claim against the Defendants with prejudice;

    4.    Plaintiff dismisses his claims against Defendant West with prejudice;

    5.    Plaintiff waives any right to attorney's fees that were incurred prior to the substitution of Mr. Baker in this lawsuit on September 10, 2007;

    6.    Plaintiff waives any right to appellate review of the judgment in favor of Defendants Dyer, Garner and the City of Fresno; and

    7.    Plaintiff waives any right to appellate review of the Court's summary judgment order and the Court's determination during the course of trial that Plaintiff could not seek damages for the differential pay between the rank of sergeant and the rank of police officer.

Dated: December 27, 2007

/s/ OLIVER W. WANGER  
OLIVER W. WANGER  
U.S. District Court Judge  
Eastern District